1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE
8

9  | NAUTICA CONDOMINIUM OWNERS                Case No. C15-1788RSM
   | ASSOCIATION, a Washington non-profit
10 | corporation,
   |                    Plaintiff,
11 | v.
12 |
   | ASPEN SPECIALTY INSURANCE
13 | COMPANY, a North Dakota corporation, *et.*
   | *al*.
14 |                    Defendants.
15 |

16 | NAUTICA CONDOMINIUM OWNERS                Case No C16-1983RSM
   | ASSOCIATION, a Washington non-profit
17 | corporation,
   |                    Plaintiff,
18 | v.
19 |
   | UNITED STATES FIRE INSURANCE CO.,
20 | *et al.*
21 |
   |                    Defendants.
22 |

23

24

25

26

STIPULATED MOTION AND ORDER FOR              STEIN, SUDWEEKS & HOUSER, PLLC
CONSOLIDATION OF RELATED ACTIONS             2701 FIRST AVENUE, SUITE 430
                                             SEATTLE, WA 98121
                                 PHONE 206.388.0660  FAX 206.286.2660

NAUTICA CONDOMINIUM OWNERS
ASSOCIATION, a Washington non-profit
corporation,

                              Plaintiff,

v.

COMMONWEALTH INSURANCE
COMPANY OF AMERICA., *et al.*

                              Defendants.

C17-0082RSM

STIPULATED MOTION AND ORDER
FOR CONSOLIDATION OF RELATED
ACTIONS UNDER FRCP 42(a)(2)

## I.      STIPULATION

Plaintiff Nautica Condominium Owners ("Association"); Hartford Fire Insurance Company, Great American E & S Insurance Company; Commonwealth Insurance Company of America; Chubb Custom Insurance Company; and U.S. Fire Insurance Company collectively the "Defendants", hereby stipulate as follows:

1.      The cases *Nautica Condominium Owners Association v. Aspen Specialty Insurance Company et al.*, Western District of Washington Cause No. 2:15-cv-01788-RSM; *Nautica Condominium Owners Association v. U.S. Fire Insurance Company et al.*, Western District of Washington Cause No. 2:16-cv-01983-JLR; and *Nautica Condominium Owners Association v. Commonwealth Insurance Company of America et al.*, Western District of Washington Cause 2:17-cv-00082-TSZ, involve claims for insurance coverage for alleged damage to the Nautica Condominium building.

2.      The cases share common issues of fact and law as to liability and damages. The cases also involve many of the same lay and expert witnesses, Association records, and other documentary evidence.

3.      Consolidating the cases for trial under Fed. R. Civ. P. 42(a)(2) will promote efficiency and conserve judicial resources. It will also conserve the parties' resources, as it will avoid duplicative discovery.

STIPULATED MOTION AND ORDER FOR
CONSOLIDATION OF RELATED ACTIONS

STEIN, SUDWEEKS & HOUSER, PLLC
2701 FIRST AVENUE, SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660  FAX 206.286.2660

4.      Pursuant to LCR 42(a) The Association and all Defendants stipulate that the later filed lawsuits cause No. 2:16-cv-01983-JLR; and 2:17-cv-00082-TSZ shall be consolidated into the current case: *Nautica Condominium Owners Association v. Aspen Specialty Insurance Company et al.*, Western District of Washington Cause No. 2:15-cv-01788-RSM

5.      The Association and all Defendants agree that the caption for the current case: *Nautica Condominium Owners Association v. Aspen Specialty Insurance Company et al.*, Western District of Washington Cause No. 2:15-cv-01788-RSM BJR shall be amended to add all Defendants.

6.      *Nautica Condominium Owners Association v. Aspen Specialty Insurance Company et al.*, Western District of Washington Cause No. 2:15-cv-01788-RSM, is currently set for a jury trial on September 11, 2017.  Case schedules for cause No. 2:16-cv-01983-JLR; and 2:17-cv-00082-TSZ have not been set.

7.      The parties agree that trial shall take place on March 27, 2018 or as soon thereafter as permitted by the Court's schedule.  The parties agree and request that the case schedule for 2:15-cv-01788-RSM shall govern this lawsuit, and that this case schedule and its deadlines be extended in a way consistent with a March 27, 2018 trial date or a date soon thereafter.

8.      The Association and all Defendants who have appeared in the three lawsuits have met and conferred regarding this Stipulation and Proposed Order, as called for in LCR 42(b).

STIPULATED MOTION AND ORDER FOR
CONSOLIDATION OF RELATED ACTIONS

STEIN, SUDWEEKS & HOUSER, PLLC
2701 FIRST AVENUE, SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660  FAX 206.286.2660

1   DATED 03/06/17          By _/s/ Daniel Stein_
                            Justin Sudweeks, WSBA #28755
2                           Daniel Houser, WSBA 32327
                            Daniel Stein, WSBA #48739
3                           Stein, Sudweeks & Houser, PLLC
                            Attorneys for Plaintiff Nautica Condominium Owners
4                           Association
5
6   DATED 03/06/17          By _/s/ Daniel Stein, WSBA# 48739 for Jillian Hinman via
                            email authorization_
7                           Matthew Adams, WSBA #18820
                            Jillian Hinman, WSBA #40665
8                           Forsberg & Umlauf
9                           Attorneys for Defendant Hartford Fire Insurance Co.

10  DATED 03/06/17          By _/ s/ Daniel Stein, WSBA# 48739 for Owen Mooney via
                            email authorization_
11                          Daniel Rahn Bentson, WSBA #36825
                            Owen Mooney, WSBA #45779
12                          Bullivant Houser Bailey, PC
                            Attorneys for Defendant Great American E & S Insurance
13                          Company
14
15
16  DATED 03/06/17          By _/s/ Daniel Stein, WSBA# 48739 for Stephania Denton via
                            email authorization_
                            Stephania C. Denton, WSBA No. 21920
17                          1420 Fifth Ave., Suite 4200
                            Seattle, WA 98111
18                          Attorneys for Defendant Commonwealth Insurance Company
                            of America
19
20
21
22
23
24
25
26

STIPULATED MOTION AND ORDER FOR                  STEIN, SUDWEEKS & HOUSER, PLLC
CONSOLIDATION OF RELATED ACTIONS                      2701 FIRST AVENUE, SUITE 430
                                                            SEATTLE, WA 98121
                                                 PHONE 206.388.0660  FAX 206.286.2660

1   DATED  03/06/17                    By */ s/ Daniel Stein, WSBA# 48739 for Matt Erickson via
                                       email authorization*
2                                      Thomas Lether, WSBA #18089
                                       Matt Erickson, WSBA #43790
3                                      1848 Westlake Avenue N, Suite 100
4                                      Seattle, WA 98109
                                       P: (206) 467-5444/F: (206) 467-5544
5                                      tlether@letherlaw.com
                                       eneal@letherlaw.com
6                                      Attorneys for Defendant U.S. Fire Insurance Company

7

8   DATED  03/06/17                    By *_/s/ Daniel Stein, WSBA# 48739 for John Williams via
                                       email authorization*
9                                      John L. Williams (WSBA 39653)
                                       Cozen O'Connor
10                                     999 Third Avenue, 19th Floor
11                                     Seattle, WA 98104
                                       206-340-1000
12                                     jlwilliams@cozen.com
                                       Attorneys for Chubb Custom Insurance Company
13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION AND ORDER FOR               STEIN, SUDWEEKS & HOUSER, PLLC
CONSOLIDATION OF RELATED ACTIONS                   2701 FIRST AVENUE, SUITE 430
                                                         SEATTLE, WA 98121
                                               PHONE 206.388.0660  FAX 206.286.2660

## II.   ORDER

Based on the foregoing Stipulation, it is hereby ORDERED:

1)   That *Nautica Condominium Owners Association v. U.S. Fire Insurance Company et al.*, Western District of Washington Cause No. 2:16-cv-01983-RSM; and *Nautica Condominium Owners Association v. Commonwealth Insurance Company of America et al.*, Western District of Washington Cause No. 2:17-cv-00082-RSM shall be consolidated into the current case: *Nautica Condominium Owners Association v. Aspen Specialty Insurance Company et al.*, Western District of Washington Cause No. 2:15-cv-01788-RSM.

2)   That the caption for the current case: *Nautica Condominium Owners Association v. Aspen Specialty Insurance Company et al.*, Western District of Washington Cause No. 2:15-cv-01788-RSM be amended to add all Defendants.

3)   The parties agree that trial shall take place on March 27, 2018 or as soon thereafter as permitted by the Court's schedule.  The case schedule for 2:15-cv-01788-RSM shall govern this lawsuit and be amended to reflect a March 27, 2018, trial date, or a date soon thereafter, with its deadlines therein extended in a way consistent with the new trial date.

4)   The Clerk shall post a copy of this order in 2:15-cv-01788-RSM, 2:16-cv-01983-RSM, and 2:17-cv-00082-RSM.

DATED this 8 day of March, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER FOR
CONSOLIDATION OF RELATED ACTIONS

STEIN, SUDWEEKS & HOUSER, PLLC
2701 FIRST AVENUE, SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660  FAX 206.286.2660