1

2

3

4                                         James L, Robart
                          Honorable ~~Ricardo S. Martinez~~   

5

6

7                    UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8

9   NAUTICA CONDOMINIUM OWNERS
    ASSOCIATION, a Washington non-profit
10  corporation,                              No. 2:15-cv-01788-RSM
                                              (formerly 2:17-cv-00082)
11              Plaintiff,
                                              STIPULATION AND [~~PROPOSED~~]
12         v.                                 ORDER EXTENDING DEFENDANT
                                              DISCOVER PROPERTY &
13  COMMONWEALTH INSURANCE                    CASUALTY INSURANCE
    COMPANY OF AMERICA, a Delaware            COMPANY'S TIME TO ANSWER
14  Corporation; MT. HAWLEY INSURANCE         COMPLAINT
    COMPANY, an Illinois Corporation; RLI
15  Insurance COMPANY, an Illinois
    Corporation; ASPEN SPECIALTY
16  INSURANCE COMPANY, a North Dakota
    Corporation; DISCOVER PROPERTY &
17  CASUALTY INSURANCE COMPANY, a
    Connecticut Corporation; and
18  SCOTTSDALE INSURANCE COMPANY,
    an Ohio Corporation,
19
                Defendants.
20

21                              **STIPULATION**

22         The deadline for Defendant Discover Property & Casualty Insurance Company

23  ("Discover") to respond to Plaintiff Nautica Condominium Owners Association's Complaint

24  for Declaratory Relief and Damages is currently April 7, 2017. Plaintiff Nautica Condominium

25  Owners Association ("Nautica") and Defendant Discovery have reached settlement in

    principle, but additional steps are necessary before the settlement is entirely perfected and

STIPULATION AND [PROPOSED] ORDER                    **PATTERSON BUCHANAN**
EXTENDING DISCOVER PROPERTY & CASUALTY                **FOBES & LEITCH, INC., P.S.**
COMPANY'S TIME TO ANSWER COMPLAINT- 1
2:15-cv-01788-RSM                               2112 Third Avenue, Suite 500, Seattle WA 98121
594699                                             Tel. 206.462.6700  Fax 206.462.6701

1  parties are ready to enter a stipulation and order of dismissal.  As such, Nautica and Discovery

2  hereby stipulate to extend that deadline to May 8, 2017.

3

4          DATED this 7th day of April, 2017.

5  PATTERSON BUCHANAN                    STEIN, SUDWEEKS & HOUSER, PLLC
   FOBES & LEITCH, INC., P.S.
6

7  By: s:/Kevin J. Kay                   By: s:/ Daniel S. Houser
8  Kevin J. Kay, WSBA 34546              Justin Sudweeks, WSBA 28755
   Of Attorneys for Defendants          Daniel S. Houser, WSBA 32327
9  2112 Third Avenue, Suite 500         Daniel Stein, WSBA 48739
   Seattle, WA  98121                    Attorneys for Plaintiff
10 Tel: 206-462-6799                     Tel: 206-388-0660
   Fax: 206-462-6701                     Fax: 206-286-2660
11 kjk@pattersonbuchanan.com

12                          **ORDER**

13         IT IS HEREBY ORDERED that the deadline for Defendant Discover to answer

14 Plaintiff's Complaint is extended to May 8, 2017.

15         DATED this ___13th___ day of April, 2017.

16

17

18                                        ~~Ricardo S. Martinez~~ Jᴀᴍᴇs L. Robart
                                          United States District Judge
19

20

21

22

23

24

25

STIPULATION AND [PROPOSED] ORDER
EXTENDING DISCOVER PROPERTY & CASUALTY
COMPANY'S TIME TO ANSWER COMPLAINT- 2
2:15-cv-01788-RSM
594699

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

2112 Third Avenue, Suite 500, Seattle. WA. 98121
Tel. 206.462.6700 . Fax 206.462.6701

## CERTIFICATE OF SERVICE

I, Kristi Ohlinger, hereby declare that on this 7th day of April, 2017, I caused to be delivered via the method listed below the document to which this Certificate of Service is attached (plus any exhibits and/or attachments) to the following:

| ATTORNEY NAME & ADDRESS | METHOD OF DELIVERY |
|---|---|
| Daniel Stein<br>Justin Sudweeks<br>Daniel S. Houser<br>Stein, Sudweeks & Houser, PLLC<br>2701 1st Avenue, Suite 430<br>Seattle, WA 98121<br>206-388-0660 | ■ ECF<br>ABC Legal Messenger Service<br>Regular U.S. Mail<br>Other: _____ |
| Thomas Lether<br>Matt Erickson<br>1848 Westlake Avenue N, Suite 100<br>Seattle, WA 98109 | ■ ECF<br>ABC Legal Messenger Service<br>Regular U.S. Mail<br>Other: _____ |
| Matthew S. Adams<br>Jillian Hinnman<br>Forsberg & Umlauf<br>901 5th Ave Ste 1400<br>Seattle, WA 98164 | ■ ECF<br>ABC Legal Messenger Service<br>Regular U.S. Mail<br>Other: _____ |
| Lawrence Gottlieb<br>701 Pike St.<br>Seattle, WA 98101 | |
| Geoff J. Bridgman<br>Tracy Grant<br>Ogden Murphy Wallace<br>901 Fifth Avenue, Suite 3500<br>Seattle, WA 98164 | ■ ECF<br>ABC Legal Messenger Service<br>Regular U.S. Mail<br>Other: _____ |
| Owen R Mooney<br>Daniel Rahn Bentson<br>Bullivant Houser Bailey, PC<br>1700 7th Ave Ste 1810,<br>Seattle, WA 98101 | ■ ECF<br>ABC Legal Messenger Service<br>Regular U.S. Mail<br>Other: _____ |

STIPULATION AND [PROPOSED] ORDER
EXTENDING DISCOVER PROPERTY & CASUALTY
COMPANY'S TIME TO ANSWER COMPLAINT- 3
2:15-cv-01788-RSM
594699

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

2112 Third Avenue, Suite 500, Seattle, WA 98121
Tel. 206.462.6700 . Fax 206.462.6701

1        I certify under penalty of perjury, under the laws of the State of Washington, that the
foregoing is true and correct.

2

3        DATED this 7th day of April, 2017 at Seattle, Washington.

4

5                         *s:/ Kristi Ohlinger*

6                    _____
                 Kristi Ohlinger

7                    Legal Assistant

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION AND [PROPOSED] ORDER
EXTENDING DISCOVER PROPERTY & CASUALTY
COMPANY'S TIME TO ANSWER COMPLAINT- 4
2:15-cv-01788-RSM
594699

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

2112 Third Avenue, Suite 500, Seattle . WA. 98121
Tel. 206.462.6700 . Fax 206.462.6701