# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NAUTICA CONDOMINIUM OWNERS ASSOCIATION, <br><br> Plaintiff, <br><br> v. <br><br> HARTFORD FIRE INSURANCE CO., et al., <br><br> Defendants. | CASE NO. C15-1788JLR <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On April 11, 2017, this consolidated matter was transferred to the Honorable James L. Robart. (4/11/17 Order (Dkt. # 41).) The court schedules an in-court status conference for Tuesday, April 18, 2017, at 3:00 p.m., and directs counsel for all parties in the consolidated action to appear. At the conference, the court will set a trial date and schedule for remaining deadlines. Counsel for the parties should be prepared to provide

input on these matters, advise the court of the status of the case and parties, and raise any other matters of which the court should be aware.

Filed and entered this 13th day of April, 2017.

WILLIAM M. MCCOOL  
Clerk of Court

s/ Ashleigh Drecktrah  
Deputy Clerk