HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NAUTICA CONDOMINIUM OWNERS ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>COMMONWEALTH INSURANCE COMPANY OF AMERICA, a Delaware corporation, MT. HAWLEY INSURANCE COMPANY, an Illinois corporation; RLI INSURANCE COMPANY, an Illinois corporation; ASPEN SPECIALTY INSURANCE COMPANY, a North Dakota corporation; DISCOVER PROPERTY & CASUALTY INSURANCE COMPANY, a Connecticut corporation; and SCOTTSDALE INSURANCE COMPANY, an Ohio corporation,<br><br>Defendants. | NO. 2:15-CV-1788-RSM<br>(formerly No. 2:17-cv-00082)<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT SCOTTSDALE INSURANCE COMPANY'S TIME TO ANSWER COMPLAINT |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendant Scottsdale Insurance Company, and subject to the Court's approval, that Defendant Scottsdale Insurance Company shall have until May 8, 2017, to answer the Complaint.

//

{TNG1569746.DOCX;1/00335.002090/ }
STIPULATION AND ORDER RE EXTENSION FOR DEFENDANT
SCOTTSDALE INSURANCE COMPANY' ANSWER TO
COMPLAINT- 1  NO. 2:15-cv-1788

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

DATED this 14th day of April, 2017.

| STEIN, SUDWEEKS & HOUSER, PLLC | OGDEN MURPHY WALLACE, PLLC |
|---|---|
| By s/ Daniel . Houser<br>Justin Sudweeks, WSBA #28755<br>Daniel S. Hourser, WSBA #32327<br>Daniel Stein, WSBA #48739<br>2701 First Ave. Suite 430<br>Seattle, Washington 98121<br>Tel: 206.388.0660<br>Fax: 206.286.2660<br>Attorneys for Plaintiff | By s/Geoff Bridgman<br>s/Tracy N. Grant<br>Geoff Bridgman, WSBA #25242<br>Tracy N. Grant, WSBA #408777<br>901 Fifth Avenue, Suite 3500<br>Seattle, Washington 98164-2008<br>Tel: 206.447.7000/Fax: 206.447.0215<br>Attorneys for Defendant Scottsdale Insurance Company |

## **ORDER**

IT IS HEREBY ORDERED that the deadline for Defendant Scottsdale Insurance Company to answer Plaintiff's Complaint is extended to May 8, 2017.

DATED this 17th day of April, 2017.

The Honorable James L. Robart
United States District Judge

{TNG1569746.DOCX;1/00335.002090/ }
STIPULATION AND ORDER RE EXTENSION FOR DEFENDANT
SCOTTSDALE INSURANCE COMPANY' ANSWER TO
COMPLAINT- 2  NO. 2:15-cv-1788

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

# CERTIFICATE OF SERVICE

I certify under the laws of the United States of America that on the date identified below I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using the CM/ECF System and served counsel below by the method indicated:

| | |
|---|---|
| David S. Houser<br>Daniel Stein<br>Justin D. Sudweeks<br>Stein, Sudweeks & Houser, PLLC<br>2701 1st Avenue, Suite 430<br>Seattle, WA 98121<br>dhouser@condodefects.com<br>dstein@condodefects.com<br>justin@condodefects.com<br>**Attorneys for Plaintiff/Counter Defendant** | [ ] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[ X ] CM/ECF |
| Jillian M. Hinman<br>Matthew S. Adams<br>Forsberg & Umlauf<br>901 Fifth Avenue, Suite 1400<br>Seattle, WA 98164<br>jhinman@forsberg-umlauf.com<br>madams@forsberg-umlauf.com<br>**Attorneys for Defendant Hartford Fire Insurance Company** | [ ] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[ X ] CM/ECF |
| Daniel Rahn Bentson<br>Owern R. Mooney<br>Bullivant Houser Bailey, PC<br>1700 Seventh Avenue, Suite 1800<br>Seattle, WA 98101<br>dan.bentson@bullivant.com<br>owen.mooney@bullivant.com<br>**Attorneys for Great American E & S Insurance** | |
| Douglas G. Houser<br>Bullivant Houser Bailey, PC<br>888 S.W. 5th Avenue, Suite 300<br>Portland, OR 97204<br>doug.houser@bullivant.com<br>**Attorneys for Great American E & S Insurance** | [ ] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[ X ] CM/ECF |

{TNG1569746.DOCX;1/00335.002090/ }
STIPULATION AND ORDER RE EXTENSION FOR DEFENDANT SCOTTSDALE INSURANCE COMPANY' ANSWER TO COMPLAINT- 3   NO. 2:15-cv-1788

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

| | |
|---|---|
| Jeffrey D. Tindal<br>Lawrence Gottlieb<br>Betts Patterson & Mines<br>701 Pike Street, Suite 1400<br>Seattle, WA 98101<br>jtindal@bpmlaw.com<br>lgottlieb@bpmlaw.com<br>**Attorneys for RLI Insurance Company; Mt. Hawley Insurance Company** | [ ] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[X] CM/ECF |
| Stephania Camp Denton<br>Lane Powell, PC<br>1420 Fifth Avenue, Suite 4200<br>Seattle, WA 98111<br>dentons@lanepowell.com<br>**Attorneys for Commonwealth Insurance Company of America, Inc.** | [ ] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[X] CM/ECF |
| Kevin J. Kay<br>Michael A. Patterson<br>Patterson, Buchanan, Fobes & Leitch, PS<br>2112 Third Avenue, Suite 500<br>Seattle, WA 98121<br>kjk@pattersonbuchanan.com<br>map@pattrsonbuchanan.com<br>**Attorneys for Discover Property & Casualty Insurance Company** | [ ] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[X] CM/ECF |
| Eric J. Neal<br>Thomas Lether<br>1848 Westlake Avenue N., Suite 100<br>Seattle, WA 98109<br>eneal@letherlaw.com<br>tlether@letherlaw.com<br>**Attorneys for United State Fire Insurance Company** | [ ] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[X] CM/ECF |

DATED this 14th day of April, 2017.

                    s/ Tracy Grant, WSBA #40877
                         Tracy Grant

{TNG1569746.DOCX;1/00335.002090/ }
STIPULATION AND ORDER RE EXTENSION FOR DEFENDANT
SCOTTSDALE INSURANCE COMPANY' ANSWER TO
COMPLAINT- 4   NO. 2:15-cv-1788

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215