1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8

NAUTICA CONDOMINIUM OWNERS
ASSOCIATION, a Washington non-profit

9

corporation,

No. 2:15-cv-01788-JLR

[PROPOSED]

10

Plaintiff,

11

vs.

STIPULATION AND ORDER OF
DISMISSAL OF ALL CLAIMS AGAINST
DEFENDANT HARTFORD FIRE
INSURANCE CO.

12

ASPEN SPECIALTY INSURANCE
COMPANY, a North Dakota corporation;

13

CERTAIN UNDERWRITERS AT LLOYDS,
LONDON SUBSCRIBING TO POLICY

**CLERK'S ACTION REQUIRED**

14

NOS. EQ032763, EQ032764, WB0002584,
and 46-7500057326-S-00; CHUBB CUSTOM

15

INSURANCE COMPANY, a New Jersey
corporation; HARTFORD FIRE INSURANCE

16

COMPANY, a Connecticut corporation;
UNITED STATES FIRE INSURANCE

17

COMPANY, a Delaware corporation; STARR
SURPLUS LINES INSURANCE COMPANY,

18

an Illinois corporation; WESTCHESTER
SURPLUS LINES INSURANCE COMPANY,

19

a Georgia corporation; and DOE INSURANCE
COMPANIES 1-10,

20

21

Defendants.

22

NAUTICA CONDOMINIUM OWNERS
ASSOCIATION, a Washington non-profit

Case No. C16-0786-JLR

23

organization,

Plaintiff,

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS AGAINST
DEFENDANT HARTFORD FIRE INSURANCE CO. – PAGE 1
USDC CAUSE NO. 2:15-CV-01788

1828119 / 453.0285

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

1  v.

2  GREAT AMERICAN E & S INSURANCE
   COMPANY, an Ohio corporation; DOES
3  INSURANCE COMPANIES 1 -10,

4            Defendants.

5

6            **I.    STIPULATION**

7       The parties, by and through their respective counsel, hereby stipulate that all claims

8  against Defendant Hartford Fire Insurance Co. may be dismissed with prejudice and without

9  fees or costs, and that the Order below dismissing those claims may be entered.

10 Dated this *17* day of April, 2017.          Dated this *17* day of April, 2017.

11 FORSBERG & UMLAUF, P.S.          STEIN, SUDWEEKS & HOUSER, PLLC

12 By: _____            By: /s/ *Per email authory*

13 Matthew S. Adams, WSBA #18820        Justin D. Sudweeks, WSBA #28755
   Jillian M. Hinman, WSBA #40665        Daniel S. Houser, WSBA #32327
14 Attorneys for Defendant Hartford Fire     Daniel Stein, WSBA #48739
   Insurance Company             Attorneys for Plaintiff

15

16            **ORDER**

17      THIS MATTER having come on before the above-entitled court on the above

18 stipulation of the parties through their counsel of record, now, therefore, it is hereby
                *pursuant to Federal Rule of Civil Procedure 41(a)(2)*
19 ORDERED that all claims against Defendant Hartford Fire Insurance Co. herein be dismissed

20 with prejudice and without costs or attorney's fees to any party.

21      DONE this *18th* day of *April* ,2017.

22

23                    Judge James L. Robart

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS AGAINST
DEFENDANT HARTFORD FIRE INSURANCE CO. – PAGE 2
USDC CAUSE NO. 2:15-CV-01788

1828119 / 453.0285

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

1   *Presented by:*

2   FORSBERG & UMLAUF, P.S.

3

  By: _____

4      Matthew S. Adams, WSBA #18820
     Jillian M. Hinman, WSBA #40665

5      Attorneys for Defendant Hartford Fire
     Insurance Company

6

  *Approved as to form; presentation waived:*

7

  STEIN, SUDWEEKS & HOUSER, PLLC

8

9   By: /s/ Per email authority
     Justin D. Sudweeks, WSBA #28755

10     Daniel S. Houser, WSBA #32327
     Daniel Stein, WSBA #48739

11     Attorneys for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS AGAINST
DEFENDANT HARTFORD FIRE INSURANCE CO. – PAGE 3
USDC CAUSE NO. 2:15-CV-01788

1828119 / 453.0285

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

## CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below I caused to be served the foregoing **STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT HARTFORD FIRE INSURANCE CO.** on the following individuals in the manner indicated:

Mr. Justin D. Sudweeks
Stein, Sudweeks & Houser, PLLC
2701 First Avenue, Suite 430
Seattle, WA 98121
Facsimile: 206-286-2660
( x ) Via ECF

Mr. Daniel S. Houser
Stein, Sudweeks & Houser, PLLC
2701 First Avenue, Suite 430
Seattle, WA 98121
Facsimile: 206-286-2660
( x ) Via ECF

Mr. Daniel Stein
Stein, Sudweeks & Houser, PLLC
2701 First Avenue, Suite 430
Seattle, WA 98121
Facsimile: 206-286-2660
( x ) Via ECF

**SIGNED** this ___ day of April, 2017, at Seattle, Washington.

Shannon D. Walker

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS AGAINST
DEFENDANT HARTFORD FIRE INSURANCE CO. – PAGE 4
USDC CAUSE NO. 2:15-CV-01788

1828119 / 453.0285

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX