HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NAUTICA CONDOMINIUM OWNERS ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br>v.<br><br>COMMONWEALTH INSURANCE COMPANY OF AMERICA, a Delaware corporation, MT. HAWLEY INSURANCE COMPANY, an Illinois corporation; RLI INSURANCE COMPANY, an Illinois corporation; ASPEN SPECIALTY INSURANCE COMPANY, a North Dakota corporation; DISCOVER PROPERTY & CASUALTY INSURANCE COMPANY, a Connecticut corporation; and SCOTTSDALE INSURANCE COMPANY, an Ohio corporation,<br><br>Defendants. | NO. 2:15-CV-1788-~~RSM~~ JLR<br>(formerly No. 2:17-cv-00082)<br><br>STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL |

## I. STIPULATION

IT IS HEREBY STIPULATED by plaintiff and defendant Scottsdale Insurance Company that this action shall be dismissed, with prejudice and without costs, against defendant Scottsdale Insurance Company. This stipulation does not apply to any other remaining defendants.

{SDB1595426.DOCX;1/00335.002090/ }
STIPULATION AND (PROPOSED) ORDER OF DISMISSAL OF
SCOTTSDALE INSURANCE COMPANY - 1  NO. 2:15-cv-1788

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

DATED this 5th day of July, 2017.

| STEIN, SUDWEEKS & HOUSER, PLLC | OGDEN MURPHY WALLACE, PLLC |
|---|---|
| By s/ Daniel . Houser<br>    Justin Sudweeks, WSBA #28755<br>    Daniel S. Hourser, WSBA #32327<br>    Daniel Stein, WSBA #48739<br>    2701 First Ave. Suite 430<br>    Seattle, Washington 98121<br>    Tel: 206.388.0660<br>    Fax: 206.286.2660<br>    Attorneys for Plaintiff | By s/ Geoff Bridgman<br>    Geoff Bridgman, WSBA #25242<br>    901 Fifth Avenue, Suite 3500<br>    Seattle, Washington 98164-2008<br>    Tel: 206.447.7000/Fax: 206.447.0215<br>    Attorneys for Defendant Scottsdale Insurance Company |

## II. ORDER

THIS MATTER having come before the above-referenced Court upon the stipulation of Plaintiff and Defendant Scottsdale Insurance Company that this action be dismissed, *pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and the parties' notice of settlement (see Dkt. #66),* with prejudice and without costs, against Defendant Scottsdale Insurance Company, and the Court being otherwise fully advised on the premises, Now, Therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action is hereby dismissed with prejudice and without costs against Defendants Scottsdale Insurance Company only. This stipulation does not apply to any other remaining defendants.

DATED this 6th day of July, 2017.

_____
The Honorable James L. Robart
United States District Judge

{SDB1595426.DOCX;1/00335.002090/ }
STIPULATION AND (PROPOSED) ORDER OF DISMISSAL OF
SCOTTSDALE INSURANCE COMPANY - 2   NO. 2:15-cv-1788

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

# CERTIFICATE OF SERVICE

I certify under the laws of the United States of America that on the date identified below I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using the CM/ECF System and served counsel below by the method indicated:

| | |
|---|---|
| David S. Houser<br>Daniel Stein<br>Justin D. Sudweeks<br>Stein, Sudweeks & Houser, PLLC<br>2701 1st Avenue, Suite 430<br>Seattle, WA 98121<br>dhouser@condodefects.com<br>dstein@condodefects.com<br>justin@condodefects.com<br>**Attorneys for Plaintiff/Counter Defendant** | [ ] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[X] CM/ECF |
| Jillian M. Hinman<br>Matthew S. Adams<br>Forsberg & Umlauf<br>901 Fifth Avenue, Suite 1400<br>Seattle, WA 98164<br>jhinman@forsberg-jmlauf.com<br>madams@forsberg-umlauf.com<br>**Attorneys for Defendant Hartford Fire Insurance Company** | [ ] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[X] CM/ECF |
| Daniel Rahn Bentson<br>Owen R. Mooney<br>Bullivant Houser Bailey, PC<br>1700 Seventh Avenue, Suite 1800<br>Seattle, WA 98101<br>dan.bentson@bullivant.com<br>owen.mooney@bullivant.com<br>**Attorneys for Great American E & S Insurance** | [ ] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[X] CM/ECF |
| Douglas G. Houser<br>Bullivant Houser Bailey, PC<br>888 S.W. 5th Avenue, Suite 300<br>Portland, OR 97204<br>doug.houser@bullivant.com<br>**Attorneys for Great American E & S Insurance** | [ ] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[X] CM/ECF |

{SDB1595426.DOCX;1/00335.002090/ }
STIPULATION AND (PROPOSED) ORDER OF DISMISSAL OF
SCOTTSDALE INSURANCE COMPANY - 3   NO. 2:15-cv-1788

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

| | |
|---|---|
| 1  Jeffrey D. Tindal<br>Lawrence Gottlieb<br>2  Betts Patterson & Mines<br>701 Pike Street, Suite 1400<br>3  Seattle, WA 98101<br>4  jtindal@bpmlaw.com<br>lgottlieb@bpmlaw.com<br>5  **Attorneys for RLI Insurance Company; Mt. Hawley**<br>**Insurance Company**<br>6 | [ ] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[ X ] CM/ECF |
| 7  Stephania Camp Denton<br>Lane Powell, PC<br>8  1420 Fifth Avenue, Suite 4200<br>Seattle, WA 98111<br>9  dentons@lanepowell.com<br>10 **Attorneys for Commonwealth Insurance Company**<br>**of America, Inc.**<br>11 | [ ] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[ X ] CM/ECF |
| Kevin J. Kay<br>12  Michael A. Patterson<br>Patterson, Buchanan, Fobes & Leitch, PS<br>13  2112 Third Avenue, Suite 500<br>Seattle, WA 98121<br>14  kjk@pattersonbuchanan.com<br>15  map@pattrsonbuchanan.com<br>**Attorneys for Discover Property & Casualty**<br>16  **Insurance Company** | [ ] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[ X ] CM/ECF |
| 17  Eric J. Neal<br>Thomas Lether<br>18  1848 Westlake Avenue N., Suite 100<br>Seattle, WA 98109<br>19  eneal@letherlaw.com<br>20  tlether@letherlaw.com<br>**Attorneys for United State Fire Insurance Company**<br>21 | [ ] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[ X ] CM/ECF |

DATED this 5th day of July, 2017.

                                         s/ Geoff Bridgman, WSBA #5242
                                             Geoff Bridgman

{SDB1595426.DOCX;1/00335.002090/ }
STIPULATION AND (PROPOSED) ORDER OF DISMISSAL OF
SCOTTSDALE INSURANCE COMPANY - 4   NO. 2:15-cv-1788

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215