HONORABLE ~~RICARDO S. MARTINEZ~~ JWR
JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NAUTICA CONDOMINIUM OWNERS ASSOCIATION, a Washington non-profit corporation,<br>     Plaintiff,<br>v.<br><br>ASPEN SPECIALTY INSURANCE COMPANY, a North Dakota corporation; CHUBB CUSTOM INSURANCE COMPANY, a New Jersey Corporation; COMMONWEALTH INSURANCE COMPANY OF AMERICA, a Delaware Corporation; DISCOVER PROPERTY & CASUALTY INSURANCE COMPANY, a Connecticut Corporation; GREAT AMERICAN E & S INSURANCE COMPANY, an Ohio Corporation; HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation; MT. HAWLEY INSURANCE COMPANY, an Illinois Corporation; RLI INSURANCE COMPANY, an Illinois Corporation; SCOTTSDALE INSURANCE COMPANY, an Ohio Corporation; and UNITED STATES FIRE INSURANCE COMPANY, a Delaware corporation.<br><br>     Defendants. | No. 2:15-cv-01788-~~RSM~~ JLR JWR<br>*Consolidated with 2:17-cv-0082-TSZ, 2:16-cv-1983-JLR*<br><br>**STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT GREAT AMERICAN E&S INSURANCE COMPANY** |

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS
AGAINST DEFENDANT GREAT AMERICAN E&S
INSURANCE COMPANY (NO. 2:15-CV-01788-RSM) - 1

STEIN, SUDWEEKS, & HOUSER
2701 FIRST AVE.
SEATTLE, WASHINGTON 98121

## STIPULATION

The parties, by and through their respective counsel, hereby stipulate that all claims against Defendant Great American E&S Insurance Company may be dismissed with prejudice and without fees or costs, and that the Order below dismissing those claims may be entered.

Dated this 5th day of September, 2017.

STEIN, SUDWEEKS & HOUSER, PLLC

*/s/ Daniel S. Houser*
Daniel S. Houser, WSBA No. 32327
Daniel Stein, WSBA No. 48739
2701 First Avenue, Suite 430
Seattle, WA 98121
PHONE 206.388.0660
FAX 206.286.2660
dhouser@condodefects.com
dstein@condodefects.com
Attorneys for Plaintiff

Dated this 5th day of August, 2017.

BULLIVANT HOUSER BAILEY PC

*/s/ Daniel S. Houser* for
Daniel R. Bentson, WSBA #36825
Owen R. Mooney, WSBA #45779
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
dan.bentson@bullivant.com
owen.mooney@bullivant.com
Attorneys for Great American E & S Insurance Company

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS
AGAINST DEFENDANT GREAT AMERICAN E&S
INSURANCE COMPANY (No. 2:15-cv-01788-RSM) - 2

STEIN, SUDWEEKS, & HOUSER
2701 FIRST AVE.
SEATTLE, WASHINGTON 98121

**ORDER**

THIS MATTER having come on before the above-entitled court on the above stipulation of the parties through their counsel of record, now, therefore, it is hereby ORDERED, pursuant to Federal Rule of Civil Procedure 41(a)(2), that all claims against Defendant Great American E&S Insurance Company herein be dismissed with prejudice and without costs or attorneys' fees to any party. *The court does not discern any plain prejudice to any remaining defendants from dismissing Great American E&S Insurance Company. See Smith v. Lenches, 263 F.3d 972, 975 (9th Cir. 2001).*

Done this 6th day of September

HONORABLE ~~RICARDO S. MARTINEZ~~ JAMES L. ROBART

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS
AGAINST DEFENDANT GREAT AMERICAN E&S
INSURANCE COMPANY (NO. 2:15-CV-01788-RSM) - 3

STEIN, SUDWEEKS, & HOUSER
2701 FIRST AVE.
SEATTLE, WASHINGTON 98121

# CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of September, 2017, I served the foregoing document on the attorneys listed below by the method(s) as indicated:

| | |
|---|---|
| **Attorney for Defendant United States Fire Insurance Company**<br>Thomas Lether, WSBA #18089<br>Matt Erickson, WSBA #43790<br>Lether and Associates<br>1848 Westlake Avenue N, Suite 100<br>Seattle, WA 98109 | ☐ via US Mail<br>☐ via Hand Delivery<br>☐ via Overnight Mail<br>☐ via CM/ECF:<br>X via E-Mail: tlether@letherlaw.com; eneal@letherlaw.com |
| **Attorneys for Defendant Commonwealth Insurance Company of America**<br>Stephania C. Denton, WSBA No. 21920<br>1420 Fifth Ave., Suite 4200<br>Seattle, WA 98111 | ☐ via US Mail<br>☐ via Hand Delivery<br>☐ via Overnight Mail<br>☐ via CM/ECF:<br>X via E-Mail:: DentonS@LanePowell.com; RosenkranzL@LanePowell.com |
| **Attorneys for Great American E & S Insurance Company**<br>Daniel R. Bentson, WSBA #36825<br>Owen R. Mooney, WSBA #45779<br>Bullivant Houser Bailey PC<br>1700 Seventh Avenue, Suite 1810<br>Seattle, Washington 98101-1397<br>Telephone: 206-292-8930 | ☐ via US Mail<br>☐ via Hand Delivery<br>☐ via Overnight Mail<br>☐ via CM/ECF:<br>X via E-Mail: dan.bentson@bullivant.com; owen.mooney@bullivant.com |

I certify under penalty of perjury under the laws of the State of Washington and the laws of the United States that the foregoing is true and correct.

DATED this 5th day of September, 2017, at Seattle, Washington.

*/s/ Sara Davies*
Sara Davies
STEIN, SUDWEEKS & HOUSER, PLLC
2701 First Avenue, Suite 430
Seattle, WA 98121
Email:sara@condodefects.com
Telephone: (206) 388-0660
Facsimile: (206) 286-2660

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS
AGAINST DEFENDANT GREAT AMERICAN E&S
INSURANCE COMPANY (No. 2:15-cv-01788-RSM) - 4

STEIN, SUDWEEKS, & HOUSER
2701 FIRST AVE.
SEATTLE, WASHINGTON 98121