The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NAUTICA CONDOMINIUM OWNERS ASSOCIATION, a Washington non-profit corporation, <br><br> Plaintiff, <br><br> v. <br><br> ASPEN SPECIALTY INSURANCE COMPANY, a North Dakota corporation; CERTAIN UNDERWRITERS AT LLOYDS, LONDON SUBSCRIBING TO POLICY NOS. EQ032763, EQ032764, WB0002584, and 46-7500057326-S-00; CHUBB CUSTOM INSURANCE COMPANY, a New Jersey corporation; HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation; UNITED STATES FIRE INSURANCE COMPANY, a Delaware corporation; STARR SURPLUS LINES INSURANCE COMPANY, an Illinois corporation; WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia corporation; and DOE INSURANCE COMPANIES 1-10, <br><br> Defendants. | No. 2:15-CV-01788-JLR <br><br> **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** <br><br><br> CONSOLIDATED WITH: <br><br> No. 2:16-CV-01983 <br> No. 2:17-CV-00082 |



LETHER & ASSOCIATES PLLC
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544



1

## I.   STIPULATION

2     United States Fire Insurance Company (hereinafter "U.S. Fire") and Nautica

3  Condominium Owners Association (hereinafter "Nautica"), by and through their counsel of

4  record, hereby stipulate that any and all claims against U.S. Fire should be dismissed with

5  prejudice and without an award of costs or fees.

6

       DATED this 5th day of January, 2018.

7

8  STEIN, SUDWEEKS & HOUSER                LETHER & ASSOCIATES, PLLC

9  */s/ Daniel S. Houser*                  */s/ Thomas Lether*
   Daniel S. Houser, WSBA #32327           Thomas Lether, WSBA #18089
10 2701 First Ave. Suite 430               */s/ Eric J. Neal*
   Seattle, WA 98121                       Eric J. Neal, WSBA # 31863
11 dstein@condodefects.com                 1848 Westlake Avenue N, Suite 100
   justin@condodefects.com                 Seattle, WA 98109
12 dhouser@condodefects.com                P:  (206) 467-5444/F: (206) 467-5544
   *Attorneys for Plaintiff*               tlether@letherlaw.com
13                                         enal@letherlaw.com
                                           *Attorneys for Defendant United States*
14                                         *Fire Insurance Company*

15

16

17

18

19

20

21

22

23

## II.    ORDER

Based on the foregoing stipulation and FRCP 41(a)(2), it is hereby ORDERED that the

claims among and between Nautica and U.S. Fire are dismissed from this action with prejudice

and without costs to any party.

DONE IN OPEN COURT this 7th day of ____JAN.____, 2018.

_____

**The Honorable James L. Robart**

**Presented By:**

STEIN, SUDWEEKS & HOUSER                    LETHER & ASSOCIATES, PLLC

*/s/ Daniel Houser*                                   */s/ Thomas Lether*
Daniel S. Houser, WSBA #32327                       Thomas Lether, WSBA #18089
2701 First Ave. Suite 430                           Eric J. Neal, WSBA # 31863
Seattle, WA 98121                                   1848 Westlake Avenue N, Suite 100
dstein@condodefects.com                             Seattle, WA 98109
justin@condodefects.com                             P:  (206) 467-5444/F: (206) 467-5544
dhouser@condodefects.com                            tlether@letherlaw.com
*Attorneys for Plaintiff*                           enal@letherlaw.com
                                                    *Attorneys for Defendant United States*
                                                    *Fire Insurance Company*

STIPULATION AND ORDER OF DISMISSAL – 3
S:\FILES\Phillips Real Estate (Nautica) 15111\Pleadings\171205 Stip and Order of Dismissal.docx