HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NAUTICA CONDOMINIUM OWNERS
ASSOCIATION, a Washington non-profit
corporation,

              Plaintiff,

    v.

ASPEN SPECIALTY INSURANCE
COMPANY, a North Dakota corporation;
CERTAIN UNDERWRITERS AT LLOYDS,
LONDON SUBSCRIBING TO POLICY
NOS. EQ032763, EQ032764, WB0002584,
and 46-7500057326-S-00; CHUBB
CUSTOM INSURANCE COMPANY, a New
Jersey corporation; HARTFORD FIRE
INSURANCE COMPANY, a Connecticut
corporation; UNITED STATES FIRE
INSURANCE COMPANY, a Delaware
corporation; STARR SURPLUS LINES
INSURANCE COMPANY, an Illinois
corporation; WESTCHESTER SURPLUS
LINES INSURANCE COMPANY, a Georgia
corporation; and DOE INSURANCE
COMPANIES 1-10, ,

              Defendants.

NAUTICA CONDOMINIUM OWNERS
ASSOCIATION, a Washington non-profit
corporation,

              Plaintiff,

    v.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:15-cv-01788-JLR

**STIPULATION AND** ~~PROPOSED~~
**ORDER OF DISMISSAL OF ALL
CLAIMS AS TO DEFENDANT
COMMONWEALTH INSURANCE
COMPANY OF AMERICA**

CONSOLIDATED WITH:

No. 2:16-cv-0786

STIPULATION AND ~~PROPOSED~~ ORDER OF DISMISSAL
OF DEFENDANT COMMONWEALTH INSURANCE
COMPANY: 2:15-CV-01788 - 1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

1  GREAT AMERICAN E & S INSURANCE      )
   COMPANY, an Ohio corporation; DOES  )
2  INSURANCE COMPANIES 1-10,           )
                                       )
3               Defendants.            )
                                       )
4  ————————————————————————           )
                                       )
   NAUTICA CONDOMINIUM OWNERS          )
5  ASSOCIATION, a Washington non-profit )
   corporation,                        )
6                                      )
                Plaintiff,             )
7                                      )
        v.                             )
8                                      )   No. 2:16-cv-01983
   UNITED STATES FIRE INSURANCE        )
9  COMPANY, a Delaware corporation;    )
   CHUBB INSURANCE COMPANY, a New      )
10 Jersey corporation,                 )
                                       )
11              Defendants.            )
                                       )
12 ————————————————————————           )
                                       )
   NAUTICA CONDOMINIUM OWNERS          )
13 ASSOCIATION, a Washington non-profit )
   corporation,                        )
14                                     )
                Plaintiff,             )
15                                     )   No. 2:15-cv-01788
        v.                             )
16                                     )
   COMMONWEALTH INSURANCE              )
17 COMPANY OF AMERICA, a Delaware      )
   corporation; MT. HAWLEY INSURANCE   )
18 COMPANY, an Illinois corporation; RLI )
   INSURANCE COMPANY, an Illinois      )
19 corporation; ASPEN SPECIALTY        )
   INSURANCE COMPANY, a North Dakota   )
20 corporation; DISCOVER PROPERTY &    )
   CASUALTY INSURANCE COMPANY, a       )
21 Connecticut corporation; and SCOTTSDALE )
   INSURANCE COMPANY, an Ohio          )
22 corporation,                        )
                                       )
23              Defendants.            )
                                       )
24 ————————————————————————           )

25                    **STIPULATION**

26      IT IS HEREBY STIPULATED by and between plaintiff, Nautica Condominium Owners

27 Association ("Nautica"), and defendant Commonwealth Insurance Company of America

STIPULATION AND ~~PROPOSED~~ ORDER OF DISMISSAL
OF DEFENDANT COMMONWEALTH INSURANCE
COMPANY: 2:15-CV-01788 - 2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

1  ("Commonwealth"), by and through their respective counsel, that all claims asserted between

2  Nautica and Commonwealth in this consolidated matter are dismissed with prejudice and without

3  an award of costs and fees.

4         DATED this 8th day of January, 2018.

5

6  STEIN, SUDWEEKS & HOUSER, PLLC          LANE POWELL PC

7  By _s/ Daniel S. Houser_____          By _s/ Stephania C. Denton_____
   Justin D. Sudweeks, WSBA No. 28755          Stephania C. Denton, WSBA No. 21920
8  Daniel S. Houser, WSBA No. 32327            Telephone:  206.223.7000
   Daniel Stein, WSBA No. 48739                Facsimile:  206.223.7107
9  Telephone:  206.388.0660                    dentons@lanepowell.com
   Facsimile:  206.286.2660                    Attorneys for Defendant Commonwealth
10 justin@condodefects.com                     Insurance Company of America
   dhouser@condodefects.com
11 dstein@condodefects.com
12 Attorneys for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION AND ~~PROPOSED~~ ORDER OF DISMISSAL
OF DEFENDANT COMMONWEALTH INSURANCE
COMPANY: 2:15-CV-01788 - 3

1

## ORDER

2    The plaintiff, Nautica Condominium Owners Association, and defendant Commonwealth

3 Insurance Company of America, having stipulated for dismissal of all claims between them in the

4 above-entitled consolidated matter with prejudice and without costs or fees; and the Court being

5 fully advised in the premises; now, therefore,

6    IT IS HEREBY ORDERED that all claims asserted in the above-entitled consolidated

7 matter by plaintiff Nautica Condominium Owners Association against defendant Commonwealth

8 Insurance Company of America and by defendant Commonwealth Insurance Company of America

9 against plaintiff Nautica Condominium Owners Association are hereby dismissed with prejudice

10 and without an award of costs or fees to any party.

11    DATED this 8th day of ____JAN____, 2018.

12

13                                    _____
                                       HONORABLE James L. Robert
14                                     Judge, U.S. District Court

15 Presented by:

16 LANE POWELL PC

17

18 BY: s/ Stephania C. Denton
   Stephania C. Denton, WSBA No. 21920
19 Attorneys for Defendant Commonwealth
   Insurance Company of America
20

21

22 STEIN, SUDWEEKS & HOUSER, PLLC

23 By: s/ Daniel S. Houser
   Justin D. Sudweeks, WSBA No. 28755
24 Daniel S. Houser, WSBA No. 32327
   Daniel Stein, WSBA No. 48739
25 Attorneys for Plaintiff

26

27

STIPULATION AND ~~PROPOSED~~ ORDER OF DISMISSAL
OF DEFENDANT COMMONWEALTH INSURANCE
COMPANY: 2:15-CV-01788 - 4

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

## CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the State of Washington and the United States, that on the 8th day of January, 2018, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following persons:

Attorneys for Plaintiff Nautica Condominium Owners Association:
Justin D. Sudweeks
Daniel Houser
Daniel Stein
Stein, Sudweeks & Houser, PLLC
2701 First Avenue,Suite 430
Seattle, WA 98121
Phone:  206.388.0660
justin@condodefects.com
dhouser@condodefects.com
dstein@condodefects.com

Attorneys for Defendant United States Fire Insurance Company:
Westin McLean
Lether & Associates, PLLC
1848 Westlake Avenue North, Suite 100
Seattle, WA 98109
Phone:  206.467.5444
wmclean@letherlaw.com

Attorneys for Defendants RLI Insurance Company & Mt. Hawley Insurance Company:
Jeffrey S. Tindal
Lawrence Gottlieb
Betts Patterson & Mines
One Convention Place
701 Pike Street, Suite 1400
Seattle, WA 98101-3927
Phone:  206.292.9988
jtindal@bpmlaw.com
lgottlieb@bpmlaw.com

STIPULATION AND PROPOSED ORDER OF DISMISSAL
OF DEFENDANT COMMONWEALTH INSURANCE
COMPANY: 2:15-CV-01788 - 5

1  Attorneys for Discovery Property & Casualty Insurance Company:
   Kevin J. Kay
2  Michael Alexander Patterson
   Patterson Buchanan Fobes & Leitch, Inc., P.S.
3  2112 Third Avenue, Suite 500
4  Seattle, WA 98121
   Phone:  206.462.6700
5  kjk@pattersonbuchanan.com
   map@pattersonbuchanan.com
6

7      Executed on the 8th day of January, 2018, at Seattle, Washington.

8

9                              s/ Lou Rosenkranz
                               Lou Rosenkranz, Legal Assistant
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION AND PROPOSED ORDER OF DISMISSAL
OF DEFENDANT COMMONWEALTH INSURANCE
COMPANY: 2:15-CV-01788 - 6