HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NAUTICA CONDOMINIUM OWNERS ASSOCIATION, a Washington non-profit corporation,<br>Plaintiff,<br>v.<br><br>ASPEN SPECIALTY INSURANCE COMPANY, a North Dakota corporation; CHUBB CUSTOM INSURANCE COMPANY, a New Jersey Corporation; COMMONWEALTH INSURANCE COMPANY OF AMERICA, a Delaware Corporation; DISCOVER PROPERTY & CASUALTY INSURANCE COMPANY, a Connecticut Corporation; GREAT AMERICAN E & S INSURANCE COMPANY, an Ohio Corporation; HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation; MT. HAWLEY INSURANCE COMPANY, an Illinois Corporation; RLI INSURANCE COMPANY, an Illinois Corporation; SCOTTSDALE INSURANCE COMPANY, an Ohio Corporation; and UNITED STATES FIRE INSURANCE COMPANY, a Delaware corporation.<br><br>Defendants. | No. 2:15-cv-01788-JLR<br>*Consolidated with 2:17-cv-0082-TSZ, 2:16-cv-1983-JLR*<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER OF DISMISSAL OF ALL REMAINING CLAIMS** |

## STIPULATION

All remaining parties, by and through their respective attorneys, hereby stipulate that all claims against Defendants Mt. Hawley Insurance Company and RLI Insurance Company, and all counterclaims, should be dismissed with prejudice and without fees or costs, and that the Order below dismissing those claims should be entered.

All other defendants have been previously dismissed. Thus, upon entry of the order below the case should be terminated.

DATED this 6th day of March, 2018.

STEIN, SUDWEEKS & HOUSER, PLLC

*/s/ Daniel S. Houser*
Daniel S. Houser, WSBA No. 32327
Daniel Stein, WSBA No. 48739
2701 First Avenue, Suite 430
Seattle, WA 98121
Phone: 206.388.0660
Fax: 206.286.2660
Email: dhouser@condodefects.com;
dstein@condodefects.com
*Attorneys for Plaintiff*


BETTS, PATTERSON & MINES, P.S.

*/s/ Jeff S. Tindal (by e-mail authorization)*
Jeffrey S. Tindal, WSBA No. 29286
One Convention Place
701 Pike Street, Suite 1400
Seattle, WA 98101-3927
Phone: 206-628-8642
Fax: 206-343-7053
Email: jtindal@bpmlaw.com
*Attorneys for Defendants, Mt. Hawley Ins. Co., and RLI Ins. Co.*

**ORDER**

THIS MATTER having come on before the above-entitled court on the above stipulation of the parties through their counsel of record, now, therefore, it is hereby ORDERED, pursuant to Federal Rule of Civil Procedure 41(a)(2), that all claims against Defendants Mt. Hawley Insurance Company and RLI Insurance Company, as well as all counterclaims, are hereby dismissed with prejudice and without costs or attorneys' fees to any party.

DATED this 7th day of March, 2018

_____
HONORABLE JAMES L. ROBART

Presented by:

STEIN, SUDWEEKS & HOUSER, PLLC

*/s/ Daniel S. Houser*
Daniel S. Houser, WSBA No. 32327
Daniel Stein, WSBA No. 48739
2701 First Avenue, Suite 430
Seattle, WA 98121
Phone: 206.388.0660
Fax: 206.286.2660
Email: dhouser@condodefects.com;
dstein@condodefects.com
***Attorneys for Plaintiff***